1028

No. 84–1549.  COBB v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–1611.  LANCASTER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–1623.  VOLUNTEERS OF AMERICA—MINNESOTA-BAR NONE BOYS RANCH v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir.  Certiorari denied.

No. 84–1647.  GENERAL MOTORS CORP. ET AL. v. MITCHELL. C. A. 9th Cir.  Certiorari denied.

No. 84–1669.  ST. MARY'S HOSPITAL MEDICAL CENTER v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir.  Certiorari denied.

No. 84–1680.  DUNBAR STONE CO., INC., ET AL. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–1695.  COUNTY OF MULTNOMAH ET AL. v. ACKERLEY COMMUNICATIONS, INC.  C. A. 9th Cir.  Certiorari denied.

No. 84–1697.  MORI v. GITTLEMAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 84–1703.  EHLENFELDT v. C. W. TRANSPORT, INC., ET AL. C. A. 7th Cir.  Certiorari denied.

No. 84–1707.  TOM HUDSON & ASSOCIATES, INC., ET AL. v. CITY OF CHULA VISTA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–1711.  COX v. SUPREME COURT OF FLORIDA ET AL. Sup. Ct. Fla.  Certiorari denied.

No. 84–1713.  BRENNER v. UNIVERSAL-RESILITE CO.  C. A. 1st Cir.  Certiorari denied.